# COURT MINUTES/ORDER

## United States Magistrate Judge Panayotta Augustin-Birch

**Courtroom 203D**  Date: 1/21/2025  Time: 11:00 a.m.

**Defendant:** Forrest Kendall Pemberton (J)  **J#:** ___  **Case #:** 24-mj-6613-PMH
**AUSA:** James Ustynoski for Maria K. Medetis  **Attorney:** ___
**Violation:** STALKING
**Proceeding:** Initial Appearance  **CJA Appt:** ___
**Bond/PTD Held:** ☐ Yes ☐ No  **Recommended Bond:** ___
**Bond Set at:** ___  **Co-signed by:** ___

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

**Language:** English

**Disposition:** Per USMS, defendant is still in the Northern District of Florida. **Court resets Initial Appearance to 1/31/2025.**

**NEXT COURT APPEARANCE**  Date: ___  Time: ___  Judge: ___  Place: ___
Report RE Counsel: ___
PTD/Bond Hearing: ___
Prelim/Arraign or Removal: ___
Status Conference RE:  **Initial Appearance:** 1/31/2025 at 11:00am FTL DUTY
D.A.R. 11:54:16  Time in Court: 5 minutes

**CHECK IF APPLICABLE:** ___ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ___, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, l8 USC 3161 et seq..